# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CIVIL ACTION NO. B-04-058 |
| NICK HINOJOSA | § | |

TYPE OF CASE:        __X__ CIVIL                                    ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**       **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:        CONTINUED TO DATE AND TIME:

**JULY 7, 2004 AT 1:30 P.M.**                **AUGUST 4, 2004 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 12, 2004

TO:     MR. JOHN MICHAEL WESTON
        MR. NICK HINOJOSA