United States District Court
Southern District of Texas

APR 28 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *versus* | § | Civil Action B-04-058 |
| Nick Hinojosa | § § | |

## MOTION TO DISMISS

The United States of America moves to dismiss this action without prejudice with the parties bearing their own costs.

The United States does not wish to continue this suit.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on all counsel of record on this 26th day of April, 2004, in accordance with the Federal Rules of Civil Procedure.

_____