UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-04-058 |
| Nick Hinojosa | § | |

ORDER OF DISMISSAL

On the United States of America's motion to dismiss, this Civil Action is dismissed without prejudice with the parties bearing their own costs.

Signed April 30, 2004.

_____
United States District Judge